# Court of Appeals
# of the State of Georgia

ATLANTA,____July 08, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15D0456.  JANETTE BOWEN v. COLFIN AI-GA I, LLC.**

This case began as a dispossessory proceeding in magistrate court.  Following an adverse ruling, defendant Janette Bowen appealed to the superior court.  On May 15, 2015, the superior court dismissed Bowen's appeal and directed entry of a writ of possession in favor of Colfin AI-GA 1, LLC.  On June 15, 2015, Bowen filed an application for discretionary appeal in this Court.  We lack jurisdiction.

Generally, an application for discretionary appeal may be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-35 (d). However, the underlying subject matter of an appeal controls over the relief sought in determining the proper appellate procedure. See *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994). The underlying subject matter here is a dispossessory judgment. Pursuant to OCGA § 44-7-56, an appeal from a dispossessory judgment must be filed within seven days of the date the judgment was entered.  See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999).  Because Bowen did not file her application for discretionary appeal within this time period, it is untimely.  Accordingly, we lack jurisdiction to review this application, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
         Clerk's Office, Atlanta,_____07/08/2015_____
         *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
         *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*